IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUCAS CULIN,

    Plaintiff,

v.                                                                 No. 12-cv-0478 RB/SMV

STEVEN SILVERSMITH,
DONNA GOODRICH,
ADRIAN DIAZ,
RIO ARRIBA CNTY. BD. OF COMM'RS,
MCKINLEY CNTY. BD. OF COMM'RS, and
JOHN AND JANE DOES,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    April 4, 2013, at 9:30 a.m.

**Matter to be heard**:  Setting a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Thursday, April 4, 2013,** at 9:30 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**