IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUCAS CULIN,

    Plaintiff,

v.                                                              No. 12-cv-0478 RB/SMV

STEVEN SILVERSMITH, et al.

    Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

THIS MATTER is before the Court on Plaintiff's Joint Motion to Extend Pretrial Deadlines [Doc. 34]. The Court, being advised that the Motion is unopposed, and being fully advised in the premises, FINDS that the Motion is wel-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Joint Motion to Extend Pretrial Deadlines [Doc. 34] is **GRANTED**. The deadlines in this case are extended as follows:

    a) Discovery is extended to June 28, 2013;

    b) The deadline for motions related to discovery is extended to July 8, 2013;

    c) The deadline for dispositive motions is extended to July 22, 2013;

    d) Plaintiff's portion of the Pretrial Order is due to Defendants by September 26, 2013; and

    e) The Consolidated Pretrial Order due from Defendants to the Court by October 7, 2013.

**IT IS SO ORDERED**.

                                                                                                       _____
                                                                                               **STEPHAN M. VIDMAR**
                                                                                               **United States Magistrate Judge**